## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Florence A. Hurtack : Chapter: 7
:
        Debtor(s) : Bankruptcy No.: 17-10372-ELF
:
:

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

    The above referenced Debtor(s) has/have failed to appear at two (2) scheduled §341 Meeting of Creditors on 3/21/17 and 4/4/17.

    DATED this 13th day of April, 2017.

        ANDREW R. VARA
        Acting United States Trustee

        By: */s/ Maria Borgesi*
          Maria Borgesi
          Paralegal