**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: FLORENCE A. HURTACK, | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 17-10372-ELF |

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

**AND NOW,** the docket reflecting that the Debtor failed to appear at two (2) scheduled §341 Meeting of Creditors,

It is hereby **ORDERED** that a hearing shall be held **May 3, 2017, at 10:00 a.m.,** in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom #1, Philadelphia, PA,** to consider whether this bankruptcy case should be dismissed. See 11 U.S.C. §§105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be **DISMISSED** without further notice or hearing.

Date:  April 17, 2017

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE