United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Florence A Hurtack
    Debtor

Case No. 17-10372-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Apr 17, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
db         +Florence A Hurtack,   372 Deerwood Lane,   Quakertown, PA 18951-5612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                            Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
      ALLAN K. MARSHALL    on behalf of Debtor Florence A Hurtack akm6940@aol.com
      BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
      DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: FLORENCE A. HURTACK, | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 17-10372-ELF |

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

**AND NOW,** the docket reflecting that the Debtor failed to appear at two (2) scheduled §341 Meeting of Creditors,

It is hereby **ORDERED** that a hearing shall be held **May 3, 2017, at 10:00 a.m.,** in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom #1, Philadelphia, PA,** to consider whether this bankruptcy case should be dismissed. See 11 U.S.C. §§105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be **DISMISSED** without further notice or hearing.

Date: April 17, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE