United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Florence A Hurtack
    Debtor

Case No. 17-10372-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 26, 2017
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
db         +Florence A Hurtack,    372 Deerwood Lane,    Quakertown, PA 18951-5612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
       ALLAN K. MARSHALL    on behalf of Debtor Florence A Hurtack akm6940@aol.com
       BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
       DENISE ELIZABETH CARLON    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION
       bkgroup@kmllawgroup.com
       MATTEO SAMUEL WEINER    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Florence A. Hurtack,<br>                Debtor<br><br>Florence A. Hurtack,<br>                Debtor<br>v.<br><br>PNC Bank, N.A.,<br>                Respondent | Chapter 13<br><br>Bankruptcy No. 17-10372 ELF<br><br>Motion for Contempt<br>(Document No. 12) |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. That on January 18, 2017, Debtor, Florence A. Hurtack, filed this Chapter 13 bankruptcy case, which case was later converted to a Chapter 7 proceeding on February 21, 2017.

2. That on February 8, 2017, Debtor filed a Motion for Contempt against PNC Bank, N.A. for allegedly violating the automatic stay provided by Section 362 of the United States Bankruptcy Code, 11 U.S.C. § 362.

3. That prior thereto, on August 7, 2015, PNC Bank, N.A. had commenced an action in ejectment for possession of property located at 372 Deerwood Lane, Quakertown, Pennsylvania, which had been sold at sheriff's sale on February 14, 2014 in the Court of Common Pleas of Bucks County, Pennsylvania, entitled *PNC Mortgage, a division of PNC Bank, National Association v. Judy L,. Hurtack,* as of No. 2015-05595.

4. That on September 12, 2016, judgment for possession was entered in the aforesaid action in ejectment.

Page 1 of 3

5. That a lock-out with the Sheriff of Bucks County had been scheduled for January 23, 2016, but then canceled on December 19, 2016.

6. That on January 27, 2017, PNC Bank, N.A. rescheduled the lock-out for February 10, 2017, which was then canceled due the bankruptcy filing by Debtor.

7. PNC Bank, N.A. has disputed Debtor's allegations that it was advised of the bankruptcy filing when it rescheduled for lock-out, or had otherwise been given notice of the bankruptcy filing.

8. Debtor has agreed to withdraw her Motion for Contempt with prejudice.

9. That PNC Bank, N.A. has agreed to allow Debtor until May 30, 2017 to vacate the property located at 372 Deerwood Lane, Quakertown, Pennsylvania.

10. That notwithstanding the time for vacating the property, PNC Bank, N.A. may immediately proceed to reschedule another lock-out with the Sheriff of Bucks County for a date after May 30, 2017.

11. That PNC Bank, N.A. shall be granted relief from the automatic stay with regard to its action for possession of the aforesaid property without the necessity of filing any motion requresting such relief.

12. That nothing in this Stipulation shall be considered either an admission of any wrongdoing by PNC Bank, N.A.

13. The parties agree that a facsimile signature shall be considered an original signature.

Date: 4/24/17

Thomas Puleo, Esquire
Attorneys for PNC Bank, N.A.

Date: 4/21/17
at 9:07AM

Allan K. Marshall, Esquire
Attorney for Debtor

Pg 2 of 3

# ORDER

This Stipulation is approved by the Court this 27th day of April, 2017.

The Court retains discretion regarding entry of any further order.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Page 3 of 3