**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Florence Hurtack                              Chapter 7

    Debtor(s)                              Bankruptcy No. 17-10372- ELF

**O R D E R**

AND NOW, this  3rd  day of  May , 2017, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

**ORDERED** that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Bonnie Finkel** on **June 6, 2017 at 1:00 p.m. the Middletown Municipal Center, 3 Municipal Way, Public Hall, Langhorne, PA 19047.**   Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest.   This will be the final rescheduling of the Meeting of Creditors; and it is further

**ORDERED** that a continued hearing on the Court's Order to Show Cause shall be held on   **June 7, 2017**, **at 10:00 a.m**., Bankruptcy Courtroom No. 1, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania,   for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further **ORDERED** (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to August 6, 2017.

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge