United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10372-elf
Florence A Hurtack                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John            Page 1 of 1          Date Rcvd: May 04, 2017
                           Form ID: pdf900       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db              +Florence A Hurtack,    372 Deerwood Lane,    Quakertown, PA 18951-5612
13852495        +KML Law Group Victoria W. Chen, Esq.,    701 Market #500,    Philadelphia, PA 19106-1538
13852496        +PNC Bank,    PO BOX 1820,    Dayton, OH 45401-1820
13875294        +PNC Bank,    Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13852497        +Verizon,    P O Box 920041,    Dallas, TX 75392-0041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov May 05 2017 01:07:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 01:07:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2017 01:07:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13852493         E-mail/Text: cio.bncmail@irs.gov May 05 2017 01:07:15     IRS,    Bankruptcy Dept,
                 Atlanta, GA 39901
13863901         E-mail/Text: ebn@vativrecovery.com May 05 2017 01:07:16     Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
                                                                                  TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13852494*       IRS Phila,    P O Box 12051,    Philadelphia, PA 19105
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
          ALLAN K. MARSHALL    on behalf of Debtor Florence A Hurtack akm6940@aol.com
          BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Florence Hurtack                    Chapter 7

      Debtor(s)                    Bankruptcy No. 17-10372- ELF

## O R D E R

AND NOW, this 3rd day of May , 2017, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

**ORDERED** that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Bonnie Finkel** on **June 6, 2017 at 1:00 p.m. the Middletown Municipal Center, 3 Municipal Way, Public Hall, Langhorne, PA 19047.** Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest. This will be the final rescheduling of the Meeting of Creditors; and it is further

**ORDERED** that a continued hearing on the Court's Order to Show Cause shall be held on __**June 7, 2017**__, **at 10:00 a.m**., Bankruptcy Courtroom No. 1, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania, for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further **ORDERED** (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to August 6, 2017.

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge