# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re
Florence A. Hurtack

Chapter:   13,
Bankruptcy No: 17-10372-ELF

_____

### Debtor's Praecipe for Voluntary Dismissal

_____

TO THE HONORABLE COURT:

Kindly mark this case as voluntarily dismissed.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esq,
Attorney for Debtor

May 31, 2017