United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Florence A Hurtack  
    Debtor

Case No. 17-10372-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 08, 2017  
Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.

```
db           +Florence A Hurtack,    372 Deerwood Lane,    Quakertown, PA 18951-5612
13852495     +KML Law Group Victoria W. Chen, Esq,    701 Market #500,    Philadelphia, PA 19106-1538
13852496     +PNC Bank,    PO BOX 1820,    Dayton, OH 45401-1820
13875294     +PNC Bank,    Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13852497     +Verizon,    P O Box 920041,    Dallas, TX 75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: bankruptcy@phila.gov Jun 09 2017 00:56:12     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2017 00:55:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2017 00:56:06     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13852493      E-mail/Text: cio.bncmail@irs.gov Jun 09 2017 00:55:23     IRS,    Bankruptcy Dept,
               Atlanta, GA 39901
13863901      E-mail/Text: ebn@vativrecovery.com Jun 09 2017 00:55:25     Palisades Collections, LLC,
               VATIV RECOVERY SOLUTIONS LLC, dba SMC,   As agent for Palisades Collections, LLC,
               P.O. Box 40728,   Houston, TX 77240-0728
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13852494*      IRS Phila,   P O Box 12051,    Philadelphia, PA 19105
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:

```
          ALLAN K. MARSHALL    on behalf of Debtor Florence A Hurtack akm6940@aol.com
          BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                    :
                                                         Chapter 7

**FLORENCE A HURTACK**,                                  :

                                                         :

        Debtor(s)

                                                         :    Bankruptcy No. **17-10372 ELF**

**ORDER**

AND NOW, it is

1.*( )  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( **X** ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.*( )  ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is , DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**Date: June 7, 2017**

_____
Eric L. Frank
Chief United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm